Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

_____ Civil_ Division

| | |
|---|---|
| HEMANT BHIMNATHWALA | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
| | ) |
| THE U.S. DEPARTMENT OF HEALTH AND HUMAN | ) |
| SERVICES; and ROBERT F. KENNEDY JR. | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names.)_ | ) |

Case: 1:25-cv-01849    JURY DEMAND
Assigned To : AliKhan, Loren L.
Assign. Date : 6/10/2025
Description: Pro Se Gen Civ. (F-DECK)

Jury Trial: _(check one)_  ☑ Yes  ☐ No

**RECEIVED**
**Mailroom**

**JUN 1 0 2025**

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

## COMPLAINT FOR A CIVIL CASE

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Hemant Bhimnathwala |
| Street Address | 360 E South Water St, Apt 1218 |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois 60601 |
| Telephone Number | 732-397-1747 |
| E-mail Address | hgbemail@yahoo.com |

#### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

Job or Title *(if known)* Hubert H. Humphrey Building

Street Address 200 Independence Avenue, S.W.

City and County Washington, D.C.

State and Zip Code Washington, D.C. 20201

Telephone Number 1-877-696-6775

E-mail Address *(if known)*

Defendant No. 2

Name ROBERT F. KENNEDY JR

Job or Title *(if known)* U.S. Secretary of Health and Human Services

Street Address 200 Independence Avenue, S.W.

City and County Washington, D.C.

State and Zip Code Washington, D.C. 20201

Telephone Number (202) 456-1111

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violations of the First, Fourth, Fifth, Eighth, Ninth & Tenth, Fourteenth Amendment (Equal Protection Clause & Due Process Clause) and Unconstitutional Burden on Interstate Commerce; Child Support Recovery Act of 1992 (S.1002)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)*

_____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ .

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pursuant to the principles of Qui Tam actions - 10% of the unlawfully disbursed funds (10% of 70% of $6.5 billion) under under the Child Support Recovery Act of 1992 (S.1002)

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attached.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see Attached.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           06/09/2025

Signature of Plaintiff

Printed Name of Plaintiff       Hemant Bhimnathwala

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## STATEMENT OF CLAIM

1. The Plaintiff, Hemant Bhimnathwala, is a fit, willing, and able parent. Following a separation from the mother of his children in the spring of 2006, he became subject to family court proceedings in the state of New Jersey to determine child custody and support.

2. Despite Plaintiff's fitness as a parent, the New Jersey family court, in its orders, denied him equal (50/50) parenting time and designated him the "non-custodial" parent. As a result of this unequal custody arrangement, a child support obligation was imposed upon him.

3. The Defendants, the U.S. Department of Health and Human Services (HHS) and its Secretary, Robert F. Kennedy Jr., are responsible for administering a federal statute, the Child Support Recovery Act of 1992 (S.1002), and its associated regulations.

4. Pursuant to this statute and its regulations, administered by Defendants from their headquarters in Washington, D.C., HHS provides substantial annual financial incentive payments to state agencies. The amount of these payments is directly proportional to the amount of child support collected by each state.

5. This federal incentive payment program's constitutional flaw lies in its administration by the Defendants. The financial incentives provided to states would not create an unconstitutional conflict of interest if Defendants conditioned these payments on the states' adherence to fundamental constitutional rights. However, Defendants have failed to do so. Specifically, HHS, through its agencies, fails to exclude from its calculations for federal incentive payments any child support amounts derived from cases where a 50/50 shared custody presumption for fit parents was not applied or where a deviation from equal parenting was not justified by rigorous due process. This failure to implement necessary constitutional safeguards creates the direct financial conflict of interest for state court systems, directly incentivizing states to issue custody orders that minimize one parent's parenting time in order to maximize the calculated child support obligation. **By this catastrophic failure of administration, HHS and the federal government cease to be neutral administrators of a federal program and instead become active and essential agents (at best, participants) in the states' ongoing, unconstitutional deprivation of fundamental parental rights.**

6. The state court's decision to deny Plaintiff equal parenting time was proximately caused by the perverse financial incentives created and maintained by the Defendants' unconstitutional administration of this federal program.

7. As a direct result of this federally-incentivized state court action, Plaintiff has suffered and continues to suffer numerous harms, including: (a) The deprivation of his fundamental right to the care, custody, companionship, and equal upbringing of his children for approximately 13 years until they reached the age of majority. (b) The imposition of inflated child support obligations calculated based on the unjust denial of equal parenting time. (c) The functional destruction of his parent-child relationships, emotional distress, and reputational harm within his community and profession. (d) A direct burden on his ability to participate in the national economy and interstate commerce. The state's unconstitutional custody regime tethered him to New Jersey,

preventing and delaying him from seeking better professional opportunities in other states for many years before he was eventually able to relocate to Illinois, thereby negatively impacting his career trajectory and economic well-being. (e) An ongoing chilling effect on his fundamental right to marry and form a new family, due to the risk of being subjected to the same unconstitutional system.

8. The Defendants' administration of this incentive program is the direct and proximate cause of the violation of Plaintiff's fundamental rights as secured by the First, Fourth, Fifth, Eighth, Ninth, Tenth, and Fourteenth Amendments to the U.S. Constitution..

## DAMAGES OR OTHER RELIEF

Plaintiff requests that the Court order the following relief:

1. **Declaratory Relief:** A declaration that the federal incentive payment program administered by Defendants under the Child Support Recovery Act of 1992 (S.1002) is unconstitutional as administered, because it creates financial incentives that cause state courts to violate the fundamental parental rights of fit parents.

2. **Injunctive Relief:** An order prohibiting the Defendants from administering the S.1002 incentive program in its current form. This includes ordering Defendants to cease providing incentive payments to states based on child support amounts derived from custody orders that were not predicated on a rebuttable presumption of equal (50/50) shared parenting for fit parents and established with full due process.

3. **Basis for Continuing Wrongs:** The wrongs alleged are continuing at the present time because the Defendants continue to administer the unconstitutional financial incentive program under S.1002. This ongoing administration continues to cause state family courts to issue unconstitutional custody and support orders that deprive fit parents of their rights. Furthermore, this ongoing unconstitutional system continues to inflict harm on the Plaintiff by creating a chilling effect that prevents him from exercising his fundamental right to marry and form a new family for fear of being subjected to the same process again.

4. **Actual Damages Claimed:** Plaintiff claims actual damages in the amount of **$455,000,000 (Four Hundred Fifty-Five Million Dollars).**
   - o **Basis for Amount:** This amount is based on a Qui Tam-style claim to recover unlawfully disbursed federal funds. From spring 2006 for a period of approximately 13 years, the U.S. Department of Health and Human Services (HHS) paid out an estimated $6.5 billion in incentive payments to states. It is asserted that at least 70% of these payments ($4.55 billion) were unlawfully disbursed because they were based on child support collections from unconstitutional custody orders. The damages claimed represent 10% of these unlawfully disbursed funds. This award is sought on a net, after-tax basis.

5. **Punitive Damages Claimed:** Plaintiff claims punitive damages in the amount of **$500,000,000 (Five Hundred Million Dollars).**
   - o **Basis for Claim:** Punitive damages are warranted due to the Defendants' long-standing, willful, and reckless disregard for the U.S. Constitution and the fundamental rights of Plaintiff and millions of similarly situated parents. The Defendants have administered and perpetuated a program for decades with

incentives that they knew or should have known would cause state actors to commit widespread and systemic constitutional violations, demonstrating a malicious disregard for the human cost and the integrity of the law.